**Motion Granted; Order filed March 12, 2013 Withdrawn; Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00173-CV
_____

### JOSEPH ANTHONY THOMAS, Appellant

### V.

### LAKE COVE COMMUNITY ASSOCIATION, INC., Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2011-69824**

## ORDER

This is an appeal from a judgment signed November 13, 2012. A motion for new trial was timely filed December 13, 2012. Appellant's notice of appeal was due February 11, 2013, but was not filed until February 26, 2013, a date within 15 days of the notice of appeal. In the same document as his notice of appeal appellant filed a motion to extend time to file notice of appeal.

On March 12, 2013, this court issued an order requiring appellant to file a motion in a separate document.  That order is withdrawn.

Appellant's motion to extend time to file notice of appeal is granted.  *See* Tex. R. App. P. 2, 26.3  The reporter's record is due April 4, 2013.

PER CURIAM